Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 6, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 6, 2003.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01164-CV

____________

 

IN RE MICHAEL A. HARKLESS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 17, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks to set aside his criminal conviction in cause number 668,730 in the 184th
Judicial District Court of Harris County. 
The relief relator seeks can only be obtained
through a post-conviction writ for habeas corpus filed with the Court of
Criminal Appeals.  See Tex. Code Crim. Proc. Ann. art.
11.07.

We deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed November 6, 2003.

Panel consists of
Chief Justice Brister and Justices Anderson and
Seymore.